THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LANDON B. ELDREDGE,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF UTAH OFFICIALS, *official capacity, injunctive relief only*; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, *corporate sole*; MEB ANDERSON, *individual capacity*; REX P. SHIPP, *individual capacity*; PETER SCHOFIELD, *individual capacity*; JACOB GREEN, *individual capacity*; COLTON MATHESON, *individual capacity*; KENNETH PORTER, *individual capacity*,<br><br>                Defendant. | **MEMORANDUM DECISION AND ORDER STAYING EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND DECLARATORY RELIEF**<br><br>Case No. 4:25-cv-00138-DN-PK<br><br>District Judge David Nuffer |

Mr. Eldredge's Emergency Motion for Preliminary Injunction and Declaratory Relief[1] has been reviewed. Three motions to dismiss[2] from all defendants are pending. Mr. Eldredge's motion for extension of time[3] to respond to those motions was granted giving him until March 6, 2026, to file his responses.[4] Because *he has delayed adjudication of his claims on the merits*, his current application for preliminary emergency relief is unfair. He does not come to the court with

---

[1] Emergency Motion for Preliminary Injunction and Memorandum in Support, docket no. 28, filed February 2, 2026.

[2] Defendant Rex P. Shipp's Motion to Dismiss for Failure to State a Claim, docket no. 18, filed January 6, 2026; Defendant Meb Anderson's Motion to Dismiss for Failure to State a Claim, docket no. 19, filed January 6, 2026; Defendants Jacob Green, Colton Matheson, Justin Pendleton, Kenneth Porter, Peter Schofield, and The Church of Jesus Christ of Latter-Day Saints's Motion to Dismiss for Failure to State a Claim, docket no. 22, filed January 8, 2026;

[3] Eldredge's Motion for Extension of Time, docket no. 26, January 21, 2026.

[4] Order Granting Motion for Extension of Time, docket no. 27, filed January 22, 2026.

clean hands.[5] Also, his likelihood of success cannot fairly be determined until the motions to dismiss are resolved.

## ORDER

IT IS HEREBY ORDERED that the Emergency Motion for Preliminary Injunction and Declaratory Relief[6] is STAYED until the motions to dismiss are resolved by final order of this court. 14 days after those motions are resolved, responses to the Emergency Motion for Preliminary Injunction and Declaratory Relief will be due from defendants.

Signed February 4, 2026.

BY THE COURT

David Nuffer
United States District Judge

---

[5] *Haynes Trane Serv. Agency, Inc. v. Am. Standard, Inc.*, 573 F.3d 947 (10th Cir. 2009); *Li v. Lewis*, No. 20-4089, 2021 WL 4592270 (10th Cir. Oct. 6, 2021).

[6] Emergency Motion for Preliminary Injunction and Memorandum in Support, docket no. 28, filed February 2, 2026.